

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

M... 

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

**By Facsimile**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>United States v. Young Yu & Carlos Barros</u>, 07 Cr. 611 (WHP)

Dear Judge Pauley:

The Government respectfully writes to request that the conference currently scheduled for Tuesday, April 1, 2008, at 2:30 p.m., be adjourned for three weeks. The Government has spoken with counsel for Mr. Barros and has been advised that Mr. Barros will be entering a plea of guilty in this matter. That plea has been referred to the Magistrate's Court by Chambers and the parties intend to proceed with that plea shortly. In addition, counsel for Mr. Yu and the Government continue to discuss a disposition in this case. The parties are requesting an additional three weeks to continue those discussions.

The Government further respectfully requests that the Court exclude time from Speedy Trial Act calculations, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from today's date until the date of the next conference, in the interests of justice, so that the above-referenced disposition discussions can continue, by so ordering this letter. Counsel to Mr. Yu and Mr. Barros have informed me that they do not object to this request.

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: _____
John J. Zach
Assistant United States Attorney
(212) 637-2410 (phone)
(212) 637-2387 (fax)

cc:   David Touger, Esq.
      Mark Gombiner, Esq.

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO APRIL 25, 2008 AT 2:30PM.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/31/08

TOTAL P.02